Case 1:25-cv-02108-PKC-PK    Document 24    Filed 07/22/25    Page 2 of 5 PageID #: 473

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  25-cv-02108-PKC-PK                                    *ORIGINAL*

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Officer David Gomez (Badge #1264)

was received by me on *(date)*  10/03/2025 .  (Individual Capacity)

☐ I personally served the summons on the individual at *(place)* _____
_____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____  on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Pursuant to 4(e)(l)(CPLR 308(2), this summons and complaint and USB were delived and left with PAA Grafton on 10/03/2025 and copies were mailed on 10/09/2025 to the same address marked "Personal and Confidential". to 127 Utica Ave. Brooklyn N.Y 11213 at the 77th Precinct.

My fees are $  100.00  for travel and $  50.00  for services, for a total of $  15 0.00 .

I declare under penalty of perjury that this information is true.

Date:  10/09/2025                              *Antonaia Howell*
                                              _____
                                                  Server's signature

                                              Antonaia Howell
                                              _____
                                                 Printed name and title

                                              593 East 93rd Street, Brooklyn N.Y 11236
                                              _____
                                                  Server's address

Additional information regarding attempted service, etc:

PAA Grafton was about 5'5, Brown skin elderly woman with grey and black cropped hair.

REC'D IN PRO SE OFFICE
OCT 10 '25 AM10:47

David Benoe 603



## UNITED STATES
## POSTAL SERVICE.

MAJOR ROBERT OWENS
1234 SAINT JOHNS PL
BROOKLYN, NY 11213-9997
www.usps.com

10/09/2025                    11:52 AM

TRACKING NUMBERS
9500 1161 5734 5282 8067 46

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| USPS Grnd Advtg | 1 | | $9.10 |
| Brooklyn, NY 11213 | | | |
| Weight: 0 lb 14.10 oz | | | |
| Estimated Delivery Date | | | |
| Sat 10/11/2025 | | | |
| Tracking #: | | | |
| 9500 1161 5734 5282 8067 46 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $9.10 |

Grand Total:                    $9.10

Cash                          $10.10
Change                        -$1.00

TO REPORT AN ISSUE
Visit https://emailus.usps.com

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

JFN: 350891-0345
Receipt #: 840-51100059-4-7758994-2
Clerk: 09

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

ORIGINAL

Civil Action No.   25-cv-02108-PKC-PK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Officer Brandon Villabedaya (Badge# 29601)

was received by me on *(date)*   10|03|2025   .   (Individual Capacity)

◻ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____   on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* pursuant to H(e)(1)(CPLR 308(2), this summons + complaint and USB were delivered and left with PAA Grafton on 10/03/2025 and copies were mailed on 10|09|2025 to the same address marked "personal & confidential" to 127 Utica Ave Brooklyn N.Y 11213. at the 77th precinct

My fees are $   700.00   for travel and $   5a.00   for services, for a total of $   15 0.00 ·

I declare under penalty of perjury that this information is true.

Date:   10|09|2025

Antonela Howell
*Server's signature*

Antonala Howell
*Printed name and title*

593 East 93rd Street Brooklyn N.Y 11236
*Server's address*

Additional information regarding attempted service, etc:

PAA Grafton was about 5'5, Brown skin elderly woman with gray and Black cropped hair.

REC'D IN PRO SE OFFICE
OCT 10 '25 AM10:47

*Brandon villahedara* Document 574 Filed 10/10/25
608



**UNITED STATES POSTAL SERVICE.**

MAJOR ROBERT OWENS
1234 SAINT JOHNS PL
BROOKLYN, NY 11213-9997
www.usps.com

10/09/2025                    12:00 PM

TRACKING NUMBERS
9500 1161 5734 5282 8068 38

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| JSPS Grnd Advtg | 1 | | $9.10 |
| Brooklyn, NY 11213 | | | |
| Weight: 0 lb 14.00 oz | | | |
| Estimated Delivery Date | | | |
| Sat 10/11/2025 | | | |
| Tracking #: | | | |
| 9500 1161 5734 5282 8068 38 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $9.10 |

Grand Total:                   $9.10

Cash                          $20.00
Change                       -$11.00

TO REPORT AN ISSUE
Visit https://emailus.usps.com

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 350891-0345
Receipt #: 840-51100058-4-7759131-2
Clerk: 09

Case 1:25-cv-02108-PKC-PK    Document 2    Filed 07/22/25    Page 2 of 5 PageID #: 473

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  25-cv-02108-PKC-PK

**ORIGINAL**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Officer Joseph Bisagno (Badge #13655)
was received by me on *(date)* 10/03/2025 . (Individual Capacity)

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Pursuant to 4(e)(1)/CPLR 308(2), this summons + complaint and USB
were delivered and left with officer on 10/03/2025 and copies were mailed on
10/06/2025 to the same address marked "Personal & Confidential" to 560 Sutter Ave
Brooklyn N.Y 11207

My fees are $ 100.00 for travel and $ 50.00 for services, for a total of $ 15 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/09/2025          _Antonala Howell_
                              Server's signature

                          Antonala Howell
                              Printed name and title


                          593 East 93rd Street Brooklyn N.Y 11236
                              Server's address

Additional information regarding attempted service, etc:

Left with officer Brown Skin 5'8

REC'D IN PRO SE OFFICE
OCT 10 '25 AM10:47




# UNITED STATES
# POSTAL SERVICE.

MAJOR ROBERT OWENS
1234 SAINT JOHNS PL
BROOKLYN, NY 11213-9997
www.usps.com

10/09/2025                              11:58 AM

TRACKING NUMBERS
9500 1181 5734 5282 8068 14

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| USPS Grnd Advtg | 1 | | $9.10 |
| Brooklyn, NY 11207 | | | |
| Weight: 0 lb 14.00 oz | | | |
| Estimated Delivery Date | | | |
| Sat 10/11/2025 | | | |
| Tracking #: | | | |
| 9500 1161 5734 5282 8068 14 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $9.10 |

Grand Total:                            $9.10

Cash                                   $10.10
Change                                 -$1.00

TO REPORT AN ISSUE
Visit https://emailus.usps.com

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

JFN: 350891-0345
Receipt #: 340-51100053-4-7759094-2
Clerk: 09

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  25-cv-02108-PKC-PK

ORIGINAL

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

officer

This summons for *(name of individual and title, if any)*   Stephanie Mendozablom (Badge#14983)
was received by me on *(date)*   10|03|2025   . (Individual Capacity)

☐ I personally served the summons on the individual at *(place)*

                 on *(date)*                          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

                 , a person of suitable age and discretion who resides there,

on *(date)*                          , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                          , who is

designated by law to accept service of process on behalf of *(name of organization)*

                 on *(date)*                          ; or

☐ I returned the summons unexecuted because                          ; or

☑ Other *(specify):* Pursuant to 4(e)(i)/CPLR 308(2), this Summons + complaint and USB
were delivered and left with PAA Grafton on 10|03|2025 and copies were mailed on
10|09|2025 to the same address marked "Personal and Confidential" to 127 Utica Ave.
Brooklyn N.Y 11213 at the 77th precinct.

My fees are $ 100.00   for travel and $ 50.00   for services, for a total of $ 150.00   .

I declare under penalty of perjury that this information is true.

Date:  10|09|2025

                 *Server's signature*

                 Antonala Howell
                 *Printed name and title*

REC'D IN PRO SE OFFICE
OCT 10 '25 AM10:47

                 593 East 93rd Street, Brooklyn N.Y 11236
                 *Server's address*

Additional information regarding attempted service, etc:

PAA Grafton was about 5'5, Brown skin elderly woman with
grey and black cropped hair.



*Stephanie Mendozablom* 612



# UNITED STATES
# POSTAL SERVICE.

MAJOR ROBERT OWENS
1234 SAINT JOHNS PL
BROOKLYN, NY 11213-9997
www.usps.com

10/09/2025                          11:39 AM

TRACKING NUMBERS
9500 1151 5734 5282 8066 23

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

## PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| USPS Grnd Advtg | 1 | | $9.10 |
| Brooklyn, NY 11213 | | | |
| Weight: 0 lb 14.00 oz | | | |
| Tracking #: | | | |
| 9500 1161 5734 5282 8066 23 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $9.10 |

| | | |
|---|---|---|
| Grand Total: | | $9.10 |
| Cash | | $10.10 |
| Change | | -$1.00 |

TO REPORT AN ISSUE
Visit https://emailus.usps.com

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 350891-0345
Receipt #: 840-51100058-4-7758800-2
Clerk: 09

Case 1:25-cv-02108-PKC-PK    Document 57    Filed 10/10/25    Page 9 of 22 PageID #:
613
Case 1:25-cv-02108-PKC-PK    Document 24    Filed 07/22/25    Page 2 of 5 PageID #: 473

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

ORIGINAL

Civil Action No.  25-cv-02108-PKC-PK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sergeant Umar Khitab (Badge # 3527)
was received by me on *(date)*  10/03/2025          . (Individual Capacity)

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Pursuant to 4(e)(1)/CPLR 308(2), this summons + complaint + USB
were delivered and left with PAA Grafton on 10/03/2025 and copies were mailed on
10/09/2025 to the same address marked "Personal and confidential" to 127 Utica
Ave. Brooklyn NY 11213 at the 77th Precinct.

My fees are $  100.00   for travel and $  50.00   for services, for a total of $  150.00

I declare under penalty of perjury that this information is true.

Date:  10/09/2025                    Antonela Howell
                                       *Server's signature*

                                    Antonela Howell
                                       *Printed name and title*

REC'D IN PRO SE OFFICE
OCT 10 '25 AM10:47

                           593 East 93rd Street Brooklyn NY 11236
                                       *Server's address*

Additional information regarding attempted service, etc:

PAA Grafton was about 5'5, Brown Skin elderly woman with
grey and black cropped hair.

*Cruir Kartab*



# UNITED STATES
# POSTAL SERVICE.

MAJOR ROBERT OWENS
1234 SAINT JOHNS PL
BROOKLYN, NY 11213-9997
www.usps.com

10/09/2025                              11:44 AM

TRACKING NUMBERS
9500 1161 5734 5282 8066 61

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| USPS Grnd Advtg | 1 | | $9.10 |
| Brooklyn, NY 11213 | | | |
| Weight: 0 lb 14.10 oz | | | |
| Estimated Delivery Date | | | |
| Sat 10/11/2025 | | | |
| Tracking #: | | | |
| 9500 1161 5734 5282 8066 61 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $9.10 |

| | | |
|---|---|---|
| Grand Total: | | $9.10 |
| Cash | | $10.00 |
| Change | | -$0.90 |

TO REPORT AN ISSUE
Visit https://emails.usps.com

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

JFN: 350891-0345
Receipt #: 840-51100053-4-7758865-2
Clerk: 09

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-02108-PKC-PK

ORIGINAL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Officer Christian A. Lopez (Badge #7619)
was received by me on *(date)* 10/03/2025 . (Individual Capacity)

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Pursuant to 4(e)(1)/CPLR 308(2), this summons + complaint and USB were delivered and left with PAA Grafton on 10/03/2025 and copies were mailed on 10/09/2025 to the same address marked 'Personal and Confidential' to 127 Utica Ave. Brooklyn N.Y 11213 at the 77th Precinct.

My fees are $ 100.00 for travel and $ 50.00 for services, for a total of $ 150.00

I declare under penalty of perjury that this information is true.

Date: 10/09/2025

*Server's signature*

Antonela Howell
*Printed name and title*

RECD IN PRO SE OFFICE
OCT 10 '25 AM10:47

593 East 93rd Street, Brooklyn N.Y 11236
*Server's address*

Additional information regarding attempted service, etc:
PAA Grafton was about 5'5, Brown skin elderly woman with grey and Black cropped hair.

GPK — Document 57 — Filed 10/10/25
*Christian A BRIDEZ*
616



# UNITED STATES POSTAL SERVICE.

MAJOR ROBERT OWENS
1234 SAINT JOHNS PL
BROOKLYN, NY 11213-9997
www.usps.com

10/09/2025                              11:46 AM

TRACKING NUMBERS
9500 1161 5734 5282 8066 85

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

[QR code]

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| USPS Grnd Advtg | 1 | | $9.10 |
| Brooklyn, NY 11213 | | | |
| Weight: 0 lb 14.10 oz | | | |
| Estimated Delivery Date | | | |
| Sat 10/11/2025 | | | |
| Tracking #: | | | |
| 9500 1161 5734 5282 8066 85 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $9.10 |

| | | |
|---|---|---|
| Grand Total: | | $9.10 |
| Cash | | $9.10 |

TO REPORT AN ISSUE
Visit https://emailus.usps.com

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 350891-0345
Receipt #: 840-51100059-4-7758897-2
Clerk: 09

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-02108-PKC-PK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sergeant Desiste Wegemen (Badge 2332)
was received by me on *(date)* 10/03/2025 . (Individual capacity)

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
_____ on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Pursuant to H (e)(1)/CPLR 308(2), this summons and complaint + USB
were delivered and left with P.AA Grafton on 10/03/2025 and copies were mailed on
10/09/2025 to the same address marked "Personal and confidential" to 127 Utica Ave.
Brooklyn N.Y 11213. at the 77th Precinct.

My fees are $ 100.00 for travel and $ 50.00 for services, for a total of $ 150.00

I declare under penalty of perjury that this information is true.

Date: 10/09/2025

_____
Server's signature

Antonala Howell
*Printed name and title*

REC'D IN PRO SE OFFICE
OCT 10 '25 AM 10:48

593 East 93rd Street Brooklyn N.Y 11236
*Server's address*

Additional information regarding attempted service, etc:

P. AA Grafton was about 5'5, Brown skin elderly woman with grey and black cropped hair.

*Desiste Alejandra*
618



# UNITED STATES
# POSTAL SERVICE.

MAJOR ROBERT OWENS
1234 SAINT JOHNS PL.
BROOKLYN, NY 11213-9997
www.usps.com

10/09/2025                               11:48 AM

TRACKING NUMBERS
9500 1161 5734 5282 8067 08

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| USPS Grnd Advtg<br>Brooklyn, NY 11213<br>Weight: 0 lb 14.10 oz<br>Estimated Delivery Date<br>Sat 10/11/2025<br>Tracking #:<br>9500 1161 5734 5282 8067 08 | 1 | | $9.10 |
| Insurance<br>Up to $100.00 included | | | $0.00 |
| Total | | | $9.10 |

Grand Total:                                $9.10

Cash                                       $10.10
Change                                      -$1.00

TO REPORT AN ISSUE
Visit https://emailus.usps.com

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

JFN: 350891-0345
Receipt #: 840-51100055-4-7758929-2
Clerk: 09

Case 1:25-cv-02108-PKC-PK    Document 2-6    Filed 07/22/25    Page 2 of 5 PageID # 473

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  25-cv-02108-PKC-PK

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Detective Cesar Valerio (Badge#6919)

was received by me on *(date)* 10/03/2025 . (Individual Capacity)

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Pursuant to 4(e)(1)/CPLR 308(2), this summons + Complaint and USB
were delivered and left with PAA Grafton on 10/03/2025 and copies were mailed on
10/09/2025 to the same address marked "personal and confidential" to and at 127 Utica
Ave Brooklyn N.Y 11213 at the 77th precinct.

My fees are $ 100.00 for travel and $ 50.00 for services, for a total of $ 150.00 .

I declare under penalty of perjury that this information is true.

Date: 10/09/2025 _____
                                           _____
                                           *Server's signature*

                                           Antonela Howell
                                           _____
                                           *Printed name and title*

REC'D IN PRO SE OFFICE
OCT 10 '25 AM10:48

                                           593 East 93rd Street, Brooklyn N.Y 11236
                                           _____
                                           *Server's address*

Additional information regarding attempted service, etc:

PAA Grafton was about 5'5, Brown skin elderly woman with
gray and Black cropped hair.

Cesar Valerio 620



# UNITED STATES
# POSTAL SERVICE.

MAJOR ROBERT OWENS
1234 SAINT JOHNS PL
BROOKLYN, NY 11213-9997
www.usps.com

10/09/2025                          11:56 AM

TRACKING NUMBERS
9500 1161 5734 5282 8067 84

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



- - - - - - - - - - - - - - - - - - - - - - - -

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

- - - - - - - - - - - - - - - - - - - - - - - -

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

- - - - - - - - - - - - - - - - - - - - - - - -

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|
| USPS Grnd Advtg | 1 | | $9.10 |
| Brooklyn, NY 11213 | | | |
| Weight: 0 lb 14.00 oz | | | |
| Estimated Delivery Date | | | |
| Sat 10/11/2025 | | | |
| Tracking #: | | | |
| 9500 1161 5734 5282 8067 84 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $9.10 |

Grand Total:                        $9.10

Cash                               $20.10
Change                            -$11.00

- - - - - - - - - - - - - - - - - - - - - - - -

TO REPORT AN ISSUE
Visit https://emailus.usps.com

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 350891-0345
Receipt #: 340-51100058-4-7759062-2
Clerk: 09

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  25-cv-02108-PKC-PK

ORIGINAL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Officer Lovepreet Singh (Badge #9410)

was received by me on *(date)* 10/03/2025 .        (Individual Capacity)

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Pursuant to 4(e)(1)(CPLR 308(2), this summons + complaint and USB were delivered and left with PAA Gratton on 10/03/2025 and copies were mailed on 10/09/2025 to the same address marked "personal and confidential" to 127 Utica Avenue Brooklyn, NY 11213 at the 77th Precinct

My fees are $ 100.00 for travel and $ 50.00 for services, for a total of $ 15 0.00

I declare under penalty of perjury that this information is true.

Date: 10/09/2025 _____

_____
Server's signature

Antonala Howell
Printed name and title

REC'D IN PRO SE OFFICE
OCT 10 '25 AM10:48

593 East 93rd Street, Brooklyn NY 11236
Server's address

Additional information regarding attempted service, etc:

PAA Gratton was about 5'5, Brown skin elderly woman with grey and Black cropped hair.



*Loverpreet Singh*



# UNITED STATES
# POSTAL SERVICE.

MAJOR ROBERT OWENS
1234 SAINT JOHNS PL.
BROOKLYN, NY 11213-9997
www.usps.com

10/09/2025                              11:50 AM

TRACKING NUMBERS
9500 1161 5734 5282 8067 22

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| USPS Grnd Advtg | 1 | | $9.10 |
| Brooklyn, NY 11213 | | | |
| Weight: 0 lb 14.10 oz | | | |
| Estimated Delivery Date | | | |
| Sat 10/11/2025 | | | |
| Tracking #: | | | |
| 9500 1161 5734 5282 8067 22 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $9.10 |

Grand Total:                            $9.10

Cash                                   $20.10
Change                                -$11.00

TO REPORT AN ISSUE
Visit https://emailus.usps.com

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 350891-0345
Receipt #: 840-51100055-4-7758962-2
Clerk: 09

Case 1:25-cv-02108-PKC-PK   Document 24   Filed 07/22/25   Page 2 of 5 PageID #: 473

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-02108-PKC-PK

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* (F.I.O) Craig McGrath (Shield#269(0/6658)
was received by me on *(date)* 10/03/2025 .   (Individual Capacity)

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Pursuant to 4(e)(1)(CPLR 308(2), this summons+complaint and USB
were delivered and left with PAA Grafton on 10/03/2025 and copies were mailed
on 10/09/2025 to the same address marked "Personal and confidential" to and at 127 Utica
Avenue, Brooklyn N.Y 11213 at the 77th precinct.

My fees are $ 100.   for travel and $ 50   for services, for a total of $ 150 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/09/2025 _____

_____
Server's signature

Antanala Howell .
Printed name and title

REC'D IN PRO SE OFFICE
OCT 10 '25 AM10:48

593 East 93rd Street, Brooklyn NY 11236
Server's address

Additional information regarding attempted service, etc:

PAA Grafton was about 5'5, Brown skin elderly woman with
grey and black cropped hair.

*Craig McGrook*



# UNITED STATES
# POSTAL SERVICE.

MAJOR ROBERT OWENS
1234 SAINT JOHNS PL
BROOKLYN, NY 11213-9997
www.usps.com

10/09/2025                           11:41 AM

TRACKING NUMBERS
9500 1161 5734 5282 8066 47

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| USPS Grnd Advtg | 1 | | $9.10 |
| Brooklyn, NY 11213 | | | |
| Weight: 0 lb 13.90 oz | | | |
| Estimated Delivery Date | | | |
| Sat 10/11/2025 | | | |
| Tracking #: | | | |
| 9500 1161 5734 5282 8066 47 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $9.10 |

Grand Total:                           $9.10

Cash                                  $10.10
Change                                -$1.00

TO REPORT AN ISSUE
Visit https://emails.usps.com

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

UFN: 350891-0345
Receipt #: 840-51100053-4-7758833-2
Clerk: 09

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  25-cv-02108-PKC-PK

*ORIGINAL*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Detective Tiffany A. Martinez (Shield # 2382)

was received by me on *(date)*  10/03/2025 .    (Individual Capacity)

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Pursuant to 4(e)(1)/CPLR 308(2), this summons + complaint and USB were
delivered and left with PAA Grafton on 10/03/2025 and copies were mailed on 10/09/2025
to the same address marked "personal and confidential to and at 127 Utica Ave. Brooklyn
N.Y 11213 at the 7th precinct.

My fees are $ 100.00 for travel and $ 50.00 for services, for a total of $ 150.00 .

I declare under penalty of perjury that this information is true.

Date:  10/09/2025                     _Antonala Howell_
                                              Server's signature

                                      Antonala Howell
                                              Printed name and title

REC'D IN PRO SE OFFICE
OCT 10 '25 AM10:48

                          593 East 93rd Street, Brooklyn N.Y 11236
                                              Server's address

Additional information regarding attempted service, etc:

PAA Grafton was about 55, Brown skin elderly woman with
grey and black cropped hair.



# UNITED STATES POSTAL SERVICE.

MAJOR ROBERT OWENS
1234 SAINT JOHNS PL
BROOKLYN, NY 11213-9997
www.usps.com

10/09/2025                          11:55 AM

TRACKING NUMBERS
9500 1161 5734 5282 8067 60

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| JSPS Grnd Advtg | 1 | | $9.10 |
| Brooklyn, NY 11213 | | | |
| Weight: 0 lb 14.10 oz | | | |
| Estimated Delivery Date | | | |
| Sat 10/11/2025 | | | |
| Tracking #: | | | |
| 9500 1161 5734 5282 8067 60 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $9.10 |

Grand Total:                        $9.10

Cash                                $9.10

TO REPORT AN ISSUE
Visit https://emailus.usps.com

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

JFN: 350891-0345
Receipt #: 340-51100098-4-7759031-2
Clerk: 09